**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:25-cv-80715-AMC**

IAN JONES, individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

FREEDOM MORTGAGE CORPORATION,

      Defendant.

_____/

**<u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant Federal Rule of Civil Procedure 7.1, Defendant Freedom Mortgage Corporation,

by and through undersigned counsel, hereby states that:

1. No publicly held corporation owns 10% or more of its stock.

2. Freedom Mortgage Corporation is a private company and is a wholly-owned subsidiary
   of Freedom Mortgage Holdings LLC.

          Respectfully submitted,

          s/Martha R. Mora_____
          Martha Mora, Esq.
          Florida Bar No. 648205
          mmora@avilalaw.com
          **AVILA RODRIGUEZ HERNANDEZ
          MENA & GARRO LLP**
          2525 Ponce de Leon, Suite 1225
          Coral Gables, Florida 33134
          (305) 779-3560

          Michael W. McTigue Jr.
          (*pro hac vice* forthcoming)
          michael.mctigue@skadden.com
          Meredith C. Slawe
          (*pro hac vice* forthcoming)

meredith.slawe@skadden.com
**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
(212) 735-3000
*Counsel for Defendant
Freedom Mortgage Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, a true copy of the foregoing document was filed and served upon all parties and counsel of record, including those listed below, via its submission with the Clerk of the Court using CM/ECF.

s/Martha R. Mora
Martha R. Mora

## SERVICE LIST

Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
Christopher Berman, Esq.
cberman@shamisgentile.com
Shamis &Gentile, P.A.
14 NE 1st Ave., Suite 705
Miami, Florida 33132

Scott Edelsberg, Esq.
scott@edelsberglaw.com
Edelsberg Law, P.A.
20900 NE 30th Avenue., Suite 417
Aventura, Florida 33180

*Counsel for Plaintiff*